

June 8, 2020

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> A suggestion of settlement having been made, this case is dismissed. If settlement is not consummated within 30 days of the date of this order, either party may apply by letter for restoration of the action. All pending court dates are canceled. The Clerk is directed to close the case.
>
> So ordered.  /s/ Alvin K. Hellerstein
>                October 21, 2020

Re:     *Yonezu v. Mental Floss, Inc. (1:20-cv-3859-AKH)*

Dear Judge Hellerstein,

We represent Plaintiff, Ayuko Yonezu, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final notice of dismissal by such time.

The Court's consideration is much appreciated.

                                          Respectfully submitted,

                                          /s/Richard Liebowitz
                                          Richard P. Liebowitz

                                          *Counsel for Plaintiff Ayuko Yonezu*

